**MILDRED G. VESPER, v. FLORIDA INDUSTRIAL COMMISSION UNEMPLOYMENT DIVISION, and LEROY O. WATERS.**

23 So. (2nd) 528                    June Term, 1945
October 12, 1945                    Division B
Rehearing denied November 8, 1945

*Robert C. Lane* and *Alfred E. Sapp,* for appellant.
*Burnis T. Coleman,* for appellee.

PER CURIAM:

The order appealed from is affirmed.

It is so ordered.

TERRELL, BUFORD, BROWN, ADAMS and SEBRING, JJ., concur.

CHAPMAN, C. J., and THOMAS, J., dissent.